*Connor, SJ ch*

*ORIGINAL*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— X

LAUREL KOSSOW

                                        Plaintiff,

                    -against-

LOUIS PUBLIC COMPANY LIMITED
and GROUP VOYAGERS, INC.,

                                        Defendants.

———————————————————— X

Index No. 07 Civ 4638 (WCC)

*ECF CASE*

**CONSENT TO
CHANGE ATTORNEY**

**IT IS HEREBY CONSENTED THAT** Kreindler & Kreindler LLP of 100 Park Avenue,

New York, New York 10017 be substituted as attorney(s) of record for the undersigned parties

in the above entitled action in place and stead of the undersigned attorneys as of the date hereof.

Dated: January **18**, 2008
          New York, New York

_____
Laurel Kossow

_____
Todd J. Krouner

_____
Kreindler & Kreindler LLP
By: Paul S. Edelman

STATE OF **New York**    )
                                        ) ss.:
COUNTY OF **Westchester** )

          On the **18** day of ~~Feb~~ January , 2008, before me personally came Laurel Kossow to me
known, and known to me to be the same person described in and who executed the foregoing
consent and acknowledged to me that she executed the same.

_____
Notary Public

CINDY A. CHRISTIANO
Notary Public, State of New York
No. 01CH6182127
Qualified in Westchester County
Term Expires February 7, 2009

SO ORDERED:

_____
William C. Connor
Senior U.S.D.J
✓ 1-28-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD 1/29/08