UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

| | | |
|---|---|---|
| ELIZABETH BURBAGE, | : | |
| Plaintiff, | : | Case No. CV 07 37665 |
| | : | and Twenty-Seven |
| - against - | : | Related Actions |
| | : | (WCC)(GAY) |
| LOUIS PUBLIC COMPANY LIMITED and GROUP VOYAGERS, INC., | : | |
| | : | **Affidavit of Service** |
| Defendants. | : | |

------------------------------------------------------------------- x

NORMA BALDUCCI,                                             :

              Plaintiff,                           :        Case No. 07 Civ. 3668 (WCC)

      -against-                                     :

LOUIS PUBLIC COMPANY LIMITED and GROUP
VOYAGERS, INC.,                                             :

              Defendants.                         :

-------------------------------------------------------------------x

LORRAINE CARPINO,                                           :

              Plaintiff,                           :        Case No. 07 Civ. 6977 (WCC)

      -against-                                     :

LOUIS PUBLIC COMPANY LIMITED and GROUP
VOYAGERS, INC.,                                             :

              Defendants.                         :

-------------------------------------------------------------------x

PATRICIA DeASTIS                                            :

              Plaintiff,                           :        Case No. 07 Civ. 3681 (WCC)
      -against-                                     :

LOUIS PUBLIC COMPANY LIMITED and GROUP
VOYAGERS, INC.,                                             :

              Defendants.                         :

-------------------------------------------------------------------x

```
-----------------------------------------------------------x
ANN HORRIGAN,                                              :
                                                           :
                        Plaintiff,                         :  Case No. Civ. 3677 (WCC)
                                                           :
        -against-                                          :
                                                           :
LOUIS PUBLIC COMPANY LIMITED and GROUP                     :
VOYAGERS, INC.,                                            :
                                                           :
                        Defendants.                        :
-----------------------------------------------------------x
LAURA KOSSOW,                                              :
                                                           :
                        Plaintiff,                         :  Case No. Civ. 4638 (WCC)
                                                           :
        -against-                                          :
                                                           :
LOUIS PUBLIC COMPANY LIMITED and GROUP                     :
VOYAGERS, INC.,                                            :
                                                           :
                        Defendants.                        :
-----------------------------------------------------------x
LUCY VITALIANO,                                            :
                                                           :
                        Plaintiff,                         :  Case No. Civ. 6979 (WCC)
                                                           :
        -against-                                          :
                                                           :
LOUIS PUBLIC COMPANY LIMITED and GROUP                     :
VOYAGERS, INC.,                                            :
                                                           :
                        Defendants.                        :
-----------------------------------------------------------x
```

STATE OF NEW YORK          )
                           )  ss.:
COUNTY OF NEW YORK         )

   *Genie Masterson*, being duly sworn, deposes and says that I am not a party to this action, is over 18 years of age, and resides in *Hicksville*, New York. That on the 26th day of February, 2008 I served a copy of ***Plaintiff's Supplemental Memorandum of Law & Affidavit of Paul S. Edelman*** upon:

        Michael E. Unger, Esq.
        Freehill, Hogan & Maher LLP
        Attorneys for Louis P.C.L.
        80 Pine Street
        New York, NY 10005-1750

Joseph J. Ortego, Esq.
Scott P. Eisenberg, Esq.
Nixon Peabody, LLP
Attorneys for Group Voyagers, Inc.
50 Jericho Quadrangle, Ste. 300
Jericho, NY 11753

Maltman Forman PA
Attorneys/Counsel for Louis P.C.L.
2 So. Biscayne Blvd., Ste 2300
Miami, FL 33131

Todd J. Krouner, Esq.
93 No. Greeley Avenue
Chappaqua, NY 10514

by depositing a true copy of same, enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____

Sworn to before me this
26th day of February 2008

_____
Notary Public

PAUL S. EDELMAN
Notary Public, State of New York
No. 02ED4912574
Qualified in Westchester County
Commission Expires February 8, 2006