ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

LAUREL KOSSOW,

                Plaintiff,

             -against-

LOUIS PUBLIC COMPANY LIMITED and GROUP
VOYAGERS, INC.,

                Defendants.

-------------------------------------------------------------------- x

Case No. 07 Civ. 4638 (WCC)

ECF CASE

**NOTICE OF DISMISSAL**

AND ORDER

IT IS HEREBY STIPULATED AND AGREED pursuant to Federal Rules of Civil

Procedure 41(a), by the attorneys for the respective parties that the within case is discontinued

without costs to either party and with prejudice as to parties set forth in a form of settlement and

general release to be signed by the plaintiff herein. All rights are reserved as to parties not

specifically released in the form of settlement and general release and specifically the

Government of Greece is not released nor is it to benefit from the within Stipulation of

Discontinuance.

Dated: New York, New York
      June   , 2008

Yours etc.,

KREINDLER & KREINDLER LLP

By: _____
     Paul S. Edelman (4500)
     Counsel to the Firm
     100 Park Avenue
     New York, NY 10017
     (212) 687-8181
     *Attorneys for Plaintiff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

NIXON, PEABODY LLP

By: _____  C3839
    Member of the Firm
    50 Jericho Quadrangle, Suite 300
    Jericho, NY 11753
    (516) 832-7500
    *Attorneys for Defendant Group*
    *Voyagers, Inc.*

FREEHILL, HOGAN & MAHAR

By: _____
    Michael Unger ( M.U.·5275 )
    Member of the Firm
    80 Pine Street
    New York, NY 10005-1759
    (212) 425-1900
    *Attorneys for Defendant Louis Public*
    *Company, Limited, Louis Cruises*
    *Limited and related companies*

SO ORDERED:
Dated: ~~June~~ July 30, 2008 .
       White Plains, NY

_____
William C. Conner
Sr. USDJ